■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BROWN, Appellant. [855 NYS2d 408]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment

granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John J. Connell, J.— Criminal Sale Controlled Substance, 3rd Degree). Present— Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.